```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 25436
  TAMARA M CAIN
                                          CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR
          Debtor
  SSN XXX-XX-9984
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/27/05 and confirmed on 10/28/05.

   2.  The case was dismissed after confirmation, 01/09/2009.

   3.  The Debtor paid a total of $  13114.30 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DRIVE FINANCIAL SERVICES | SECURED VEHIC | 12350.00 | 2172.22 | 8158.23 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN CREDIT EDUCATOR | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 1382.89 | .00 | .00 |
| ANDERSON FIN NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| MEADOWS CREDIT UNION | UNSECURED | 5245.42 | .00 | .00 |
| MIDWESTERN REGIONAL MEDI | UNSECURED | 977.60 | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT ACCEPTANCE | UNSECURED | NOT FILED | .00 | .00 |
| SBC BANKRUPTCY DESK | UNSECURED | 938.88 | .00 | .00 |
| GUARANTY BANK | UNSECURED | NOT FILED | .00 | .00 |
| HEIGHTS FINANCE | UNSECURED | 363.53 | .00 | .00 |
| NCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 178.56 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PARK DANSAN | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | .00 | .00 | .00 |
| PROFESSIONAL ACCOUNT MGM | UNSECURED | NOT FILED | .00 | .00 |
| UNITED CREDIT NATIONAL B | UNSECURED | NOT FILED | .00 | .00 |
| WEXLER & WEXLER | UNSECURED | NOT FILED | .00 | .00 |
| DRIVE FINANCIAL SERVICES | UNSECURED | 2480.26 | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 279.43 | .00 | .00 |

Summary of disbursements:

```
                      SECURED     PRIORITY    UNSECURED       OTHER        TOTAL
```
---

|                      | SECURED   | PRIORITY | UNSECURED | OTHER | TOTAL    |
|----------------------|-----------|----------|-----------|-------|----------|
| TOTAL CLMS ALLOWED   | 12350.00  | .00      | 11846.57  | .00   | 24196.57 |
| PRINCIPAL PAID       | 8158.23   | .00      | .00       | .00   | 8158.23  |
| INTEREST PAID        | 2172.22   | .00      | .00       | .00   | 2172.22  |
| TOTAL PAID           | 10330.45  | .00      | .00       | .00   | 10330.45 |

The Debtor's attorney, HAROLD M SAALFELD                , was allowed $   2200.00 and was paid $   2200.00 .

The Trustee received $    583.85 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 03/16/09                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE